[No. 32979-8-III.   Division Three.   March 23, 2017.]

*In the Matter of the Guardianship of* PAULA A. FOWLER.

PAULA A. FOWLER ET AL., *Respondents*, v. LIN O'DELL, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 06-4-00094-9, Patrick A. Monasmith, J., entered November 20, 2014. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 71292-6-I.   Division One.   March 27, 2017.]

*In the Matter of the Detention of* MARK A. BLACK.

Appeal from a judgment of the Superior Court for King County, No. 11-2-36238-8, Carol A. Schapira, J., entered November 12, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Trickey, J.

[No. 73525-0-I.   Division One.   March 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY S. SADLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-03168-4, Theresa B. Doyle, J., entered May 7, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Mann, J.

[No. 73798-8-I.   Division One.   March 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGARET COLSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02431-9, Laura C. Inveen, J., entered July 29, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Mann, J.